WILLIAM E. FOSTER, PLAINTIFF-RESPONDENT, v. AN-
GELO RIEFOLO, DEFENDANT-PETITIONER.

*Mr. Robert C. Gruhin* for the petitioner.

*Mr. Joseph E. Masini* and *Mr. Leslie S. Kohn* for the
respondent.

May 31, 1954. *Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
JOHN McGRATH, DEFENDANT-PETITIONER.

*Mr. Jack Prizzia* for the petitioner.

*Mr. Frederick T. Law* and *Mr. Frank J. V. Gimino* for
the respondent.

June 7, 1954.   Granted.